William **BATHER, III, Respondent,**

v.

**Holly Anne LOGAN and David Kenneth Logan, Appellants.**

**No. WD 65111.**

Missouri Court of Appeals, Western District.

May 2, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 27, 2006.

Application for Transfer Denied Aug. 22, 2006.

Dennis J. Campbell Owens, Jeremiah Kidwell, Kansas City, MO, Steven D. Wolcott, Liberty, MO, for Appellants.

J. Michael Murphy, Liberty, MO, for Respondent.

Before SMITH, C.J., SPINDEN and HARDWICK, JJ.

### *ORDER*

PER CURIAM.

Holly and David Logan appeal from a judgment awarding actual and punitive

---

damages to William Bather on his claims for malicious prosecution and slander. The Logans assert instructional error and that the trial court erred in denying their motion for directed verdict.

Upon review of the briefs and the record, we find no error and affirm the trial court's judgment. The parties have been provided with a Memorandum explaining the reasons for our decision, because a published opinion would have no precedential value.

AFFIRMED. Rule 84.16(b).